UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
PETER ALEKSA, BANU QUADIR, JACOB BLUMENFELD, :
ERIC-JOHN RUSSELL, CAROLINE TAYLOR FERGUSON-
CUNDY, MARIA LEWIS, ALEXANDER APPEL, JOSEPH : 10 Civ. 8583 (DLC)
LUPO, JONATHAN HARVEY, :
          Plaintiffs,        :    ORDER OF
                             :    DISCONTINUANCE
     -v-                     :
                             :
THE CITY OF NEW YORK, a municipal entity, and :
NEW YORK CITY POLICE OFFICERS "JOHN DOES 1-10", :
                             :
          Defendants.        :
                             :
----------------------------------------X

DENISE COTE, District Judge:

   It having been reported to this Court that this case has been settled, it is hereby

   ORDERED that the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

   SO ORDERED:

Dated:   New York, New York
         July 18, 2011

                                   _____
                                        DENISE COTE
                                   United States District Judge